# IN THE SUPREME COURT OF THE STATE OF NEVADA

APOLLO REALTY INVESTMENTS, LLC, A NEVADA LIMITED LIABILITY COMPANY; PLATTE RIVER INSURANCE COMPANY, A NEBRASKA CORPORATION; MERZO, LLC, A NEVADA LIMITED LIABILITY COMPANY; AND K&L BAXTER FAMILY LIMITED PARTNERSHIP, A NEVADA LIMITED PARTNERSHIP,

Appellants,

vs.

ZOLT SZORENYI, AN INDIVIDUAL; MERCEDES TAM SZORENYI, AN INDIVIDUAL; REX, LLC, A NEVADA LIMITED LIABILITY COMPANY ; HAZ2011, LLC, A NEVADA LIMITED LIABILITY COMPANY; REZOLT HOMES ELITE, LLC, A NEVADA LIMITED LIABILITY COMPANY; AND ZOMER, LLC, A NEVADA LIMITED LIABILITY COMPANY, D/B/A MINIONS CONSTRUCTION,

Respondents.

No. 73705

**FILED**

SEP 17 2018

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY _____
DEPUTY CLERK

## ORDER DISMISSING APPEAL

Pursuant to the stipulation of the parties, and cause appearing, this appeal is dismissed. The parties shall bear their own costs and attorney fees. NRAP 42(b).

It is so ORDERED.

CLERK OF THE SUPREME COURT
ELIZABETH A. BROWN

BY: _____

 
18-36244

cc: Hon. Kenneth C. Cory, District Judge
Stephen E. Haberfeld, Settlement Judge
Law Offices of Kevin R. Hansen
Davis/Stibor
Eighth District Court Clerk